# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NATHANIEL BELL** : | |
| **Plaintiff,** : | |
| : | |
| v. : | **CIVIL ACTION NO. 14-3406** |
| : | |
| **CAMERON LINDSAY,** *et al*. : | |
| **Defendants.** : | |

## ORDER

**AND NOW**, this 28th day of August 2017, upon consideration of Defendants' Motion for Summary Judgment [Doc. No. 71] and responses and replies thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED.**

                                       **BY THE COURT:**

                                       **/s/Cynthia M. Rufe**

                                       _____
                                       **CYNTHIA M. RUFE, J.**